
Marian F. Harrison
US Bankruptcy Judge



Dated: 7/17/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No. 3:19-bk-01811 |
| NICOLE LEE REEVES } | |
| 4800 CASCADE DR. } | Chapter 13 |
| Old Hickory, TN 37138 } | |
| SSN: xxx-xx-8698 } | Judge Marian F Harrison |
| } | |
| Debtor } | |

## **ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO CONFIRM PLAN**

This matter came before the court on July 15, 2019 upon the Trustee's Motion to Dismiss case for failure to confirm plan. The Debtor having confirmed her plan by separate order; IT IS HEREBY ORDERED that the Trustee's Motion to Dismiss for Failure to Confirm Plan shall be DENIED.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:
___/s/ Daniel Castagna_____
Daniel Castagna, BPR #022721
Attorney for Debtor
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Nicole Reeves<br>4800 Cascade Dr<br>Old Hickory, TN 37138 | U. S. Mail First Class |

3 notices have been served.

I have mailed 1 notice.

*/s/ Daniel Castagna*
Daniel Castagna

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.